**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:  22-41943-MXM** |
| **CHRISTINA LEE ADKINS** | |
| **DEBTOR** | First Payment Date: Sat, Sep 24, 2022 |

**TRUSTEE'S (7) DAY NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that on or after 7 days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

> Debtor did not pay the Trustee the first Payment specified in Debtor's Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.**  Pursuant to General Order 2021-05 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 7 days prior written notice to the Debtor and Debtor's Counsel, and without further notice.  The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

> Debtor did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

Due Date is October 5, 2022.  Payments must be received by 4:00 p.m.

/s/ Tim Truman

Tim Truman, Trustee
State Bar # 20258000

22-41943-MXM                                                                                      CHRISTINA LEE ADKINS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before September 28, 2022.

**BY FIRST CLASS MAIL:**

CHRISTINA LEE ADKINS,  9137 ABACO WAY,  FORT WORTH, TX  76123-0000

**ELECTRONIC SERVICE:**

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

                                                                        /s/ Tim Truman

                                                                         Tim Truman, Trustee
                                                                         State Bar # 20258000