THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: CHRISTINA LEE ADKINS | § § | Cause no. 22-41943 Chapter 13 |

### AFFIDAVIT IN SUPPORT OF THE BRIDGE TOWER PROPERTIES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF TEXAS § §
COUNTY OF Dallas §

Before me, the undersigned authority, on this day personally appeared the undersigned Affiant, who being by my duly sworn, an oath stated:

1. "My full name is Robin Luna."

2. "I am an authorized representative of Bridge Tower Properties, LLC ("Bridge Tower") and I have the care, custody, and control of all records concerning the leased premise occupied by Christina Lee Adkins. All facts recited herein are within my personal knowledge, and are true and correct."

3. "To gain the information necessary to make this affidavit, I have reviewed the account information and file maintained by Haltom with respect to the tenant, Christina Lee Adkins. Further, by virtue of my position with Bridge Tower, I have knowledge about the methods of document preparation by it. The documents identified as business records in this Affidavit are memorandums, reports, records, or data compilations, of acts, events, conditions, or opinions, made at or near the time, by or from information transmitted by a person with knowledge, and are kept in a course of a regularly conducted business activity of Haltom, and it was the regular practice of the business activity to make the memorandum, report, records, or data compilation."

4. "Attached is the lease for the property at 9137 Abaco Way, Fort Worth, Texas 76123 herein as Exhibit 1. According to the lease, the monthly rent payment was $1,895.00 per month."

5. "Attached is the ledger herein as Exhibit 2. As of making this affidavit, Christina Lee Adkins is in default, has not cured the default, nor has paid the monthly rent. Total arrears as of November 22, 2022 would be $11,806.00."

6. "The total arrears for rent post-petition, from August 25, 2022 to November 22, 2022, is $5,495.49."

7. "Christina Lee Adkins is still in possession of the property at 9137 Abaco Way, Fort Worth, Texas 76123."

FURTHER, AFFFIANT SAYETH NOT.

_____
Agent for Bridge Tower Properties, LLC

SUBSCRIBED AND SWORN TO BEFORE ME on this the 17th day of November, 2022.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Printed Name: Alessandria Delarosa

My commission expires:

10-13-2025



ALESSANDRIA ISBELLA DELAROSA
Notary Public, State of Texas
Comm. Expires 10-13-2025
Notary ID 133389082