Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax

ATTORNEY FOR DEBTOR(S)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Christina Lee Adkins** | § | **CASE NO. 22-41943-mxm** |
| | § | **CHAPTER   13** |
| Debtor(s) | § | |

| | | |
|---|---|---|
| **BRIDGE TOWER PROPERTIES, LLC** | § | |
| Movant | § | |
| | § | **Hearing date: November 22, 2022** |
| vs. | § | **Hearing time: 9:30 AM** |
| | § | |
| **Christina Lee Adkins** | § | |
| Debtor(s) | § | |

### RESPONDENT/DEBTOR'S AFFIDAVIT

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF TARRANT** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Christina Lee Adkins, who after being by me duly sworn and upon oath stated that she is over eighteen (18) years of age, of sound mind, and is qualified and competent in all respects to make this affidavit and does so of her own personal knowledge, and she further stated that the following statements are true and correct and based upon her personal knowledge:

Affidavit – Adkins 22-41943-MXM

1.   Debtor, Christina Lee Adkins, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in Case Number 22-41943-mxm on or about August 25, 2022.

2.   On or about October 28, 2022, Movant BRIDGE TOWER PROPERTIES, LLC (hereinafter "Movant") filed a Motion for Relief From Stay seeking a lift of the automatic stay insofar as the property described in the Motion for Relief From Stay.

3.   Debtor is an occupant of the described rental property.

4.   Debtor has in full force and effect an insurance policy on the described rental property.

5.   Movant has indicated that Debtor was delinquent in post petition payments at the time their attorney filed this Motion to Lift Stay.   Debtor is seeking a repayment plan of the post petition payments due for October and November, and believes she will be able to pay the December 1, 2022 monthly rent timely.

6.   Debtor will resume direct monthly payments to Movant beginning December 1, 2022.

Affidavit – Adkins 22-41943-MXM

WHEREFORE, Debtor respectfully requests that this Court deny Movant's Motion to Lift

Stay.

SIGNED this the _19_ day of _November_, 2022.

/s/ _Christa Adley_

DEBTOR

SUBSCRIBED AND SWORN TO before me by the above-named Affiant on _November 11, 2022_____, to certify which witness my hand and seal of office.

/s/ _____

Notary Public, State of Texas

SHELDON BLAIR JACKSON, III
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 133816352

Affidavit – Adkins 22-41943-MXM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2022, a true and correct copy of the foregoing *Respondent/Debtor's Affidavit* was served on the following parties in interest by first class mail and/or ECF notification:

Respectfully Submitted,

LEE LAW FIRM, PLLC

*/s/ Christopher M. Lee*
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax
ATTORNEY FOR DEBTOR

**CHAPTER 13 TRUSTEE**
Tim Truman
8651 NE Loop 820, Ste. 300
N. Richland Hills, TX 76180

**U.S. TRUSTEE**
United States Trustee
1100 Commerce, Room 9C60
Dallas, TX 75242

**DEBTOR**
Christina Adkins
9137 Abaco Way
Fort Worth, TX 76123

**OPPOSING COUNSEL**
Brandy Alexander, Attorney at Law
2502 La Branch Street
Houston, TX 77004

Affidavit – Adkins 22-41943-MXM