THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re: CHRISTINA LEE ADKINS § Cause no. 22-41943
§ Chapter 13

## NOTICE OF CONTINUED HEARING

TO ALL PARTIES IN INTEREST:

This is to inform you that a hearing on Bridge Tower Properties LLC for Relief from Automatic Stay has been set for a continued preliminary hearing on December 8, 2022 at 9:30 a.m., before the Honorable Mark Mullin, by WebEx video conference only using the following link:

    Link:        https://us-courts.webex.com/meet/mullin
    Dial-In:     1.650.479.3207
    Meeting ID:  474 603 746

DATED: November 21, 2022

                                            Respectfully submitted,

                                            /s/ Brandy M. Alexander
                                            Brandy M. Alexander
                                            State Bar No. 24108421
                                            2502 La Branch St
                                            Houston, Texas 77004
                                            Tel: (832) 360-2318
                                            Fax: (346) 998-0886
                                            Email: brandyalexander@alexanderpllc.com

## NOTICE

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on November 21, 2022 by the Court's ECF noticing system on (i) the Debtors' counsel, (ii) counsel for any committee appointed or elected in this case; (iii) any party scheduled holding a lien against the property, (iv) the United States Trustee; (v) any trustee or examinator appointed in this case; and (vi) all parties requesting notice under L.B.R. 2002-1(j), as required under L.B.R. 4001-1, 7004, and 9014-1(b).

Christopher Marvin Lee
Eric Allen Maskell
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Suite 510
Hurst, Texas 76053

Pam Bassel
Office of the Standing Ch. 13 Trustee
860 Airport Freeway, Suite 150
Hurst, Texas 76054

U.S. Trustee
United States Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

*/s/ Brandy M. Alexander*
Brandy M. Alexander